BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiffs
SAMANTHA INTERNATIONAL CORP. and
PETALON SHIPPING CO. LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMANTHA INTERNATIONAL CORP. and
PETALON SHIPPING CO. LTD.,                                    08 Civ. 6595

           Plaintiffs,                           **RULE 7.1 STATEMENT**

  -against-

INTERNATIONAL OVERSEAS OIL INC.; BAKRI
TRADING CO. INC.; MARINA WORLD SHIPPING
CORP.; TARAZONA SHIPPING CO., S.A.; SCHIFF
HOLDING CO. S.A.; and GRESHAM WORLD
SHIPPING INC.,

           Defendants.
-----------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiffs SAMANTHA INTERNATIONAL CORP. and PETALON SHIPPING CO. LTD. certifies that no corporate parent, subsidiary, or affiliate of these parties is publicly held.

Dated: New York, New York
       July 24, 2008

                                      BROWN GAVALAS & FROMM LLP
                                      Attorneys for Plaintiffs
                                      SAMANTHA INTERNATIONAL CORP. and
                                      PETALON SHIPPING CO. LTD.
                         By: _____
                                      Peter Skoufalos (PS-0105)
                                      355 Lexington Avenue
                                      New York, New York 10017
                                      212-983-8500