445-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SAMANTHA INTERNATIONAL CORP. and           08 Civ. 6595 (DLC)
PETALON SHIPPING CO. LTD.,

                Plaintiffs,           **RULE 7.1 STATEMENT**

     -against-

INTERNATIONAL OVERSEAS OIL INC.;
BAKRI TRADING CO. INC.; MARINA WORLD
SHIPPING CORP.; TARAZONA SHIPPING CO.,
S.A.; SCHIFF HOLDING CO. S.A.; and
GRESHAM WORLD SHIPPING INC.,

                Defendants.
-------------------------------------------------------------X

The Defendants, INTERNATIONAL OVERSEAS OIL INC.; BAKRI TRADING CO.

INC.; MARINA WORLD SHIPPING CORP.; TARAZONA SHIPPING CO., S.A.; SCHIFF

HOLDING CO. S.A.; and GRESHAM WORLD SHIPPING INC, by and through their

undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal

Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned

counsel certifies that the Defendants are not publicly traded entities and no publicly held

company owns 10% or more of their stock.


Dated: New York, New York
     August 13, 2008          FREEHILL HOGAN & MAHAR, LLP
                       Attorneys for Defendants

                By:_____
                       Michael E. Unger (MU 0045)
                       80 Pine Street
                       New York, NY 10005
                       Tel: (212) 425-1900 / (212) 425-1901 fax