445-08/MEU
FREEHILL HOGAN & MAHAR LLP
Counsel for Defendants
INTERNATIONAL OVERSEAS OIL INC.
BAKRI TRADING CO. INC.; MARINA WORLD
SHIPPING CORP.; TARAZONA SHIPPING
CO., S.A.; SCHIFF HOLDING CO. S.A.; and
GRESHAM WORLD SHIPPING INC
80 Pine Street
New York, New York 10005
Tel: (212) 425-1900
Fax: (212) 425-1901
Michael E. Unger, Esq. (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMANTHA INTERNATIONAL CORP. and        08 Civ. 6595 (DLC)
PETALON SHIPPING CO. LTD.,

                Plaintiffs,                **NOTICE OF APPEARANCE**

    -against-

INTERNATIONAL OVERSEAS OIL INC.;
BAKRI TRADING CO. INC.; MARINA WORLD
SHIPPING CORP.; TARAZONA SHIPPING CO.,
S.A.; SCHIFF HOLDING CO. S.A.; and
GRESHAM WORLD SHIPPING INC.,

                Defendants.
------------------------------------------------------------X

    PLEASE TAKE NOTICE that Freehill, Hogan & Mahar LLP hereby enters its appearance as counsel on behalf of Defendants, INTERNATIONAL OVERSEAS OIL INC.; BAKRI TRADING CO. INC.; MARINA WORLD SHIPPING CORP.; TARAZONA SHIPPING CO., S.A.; SCHIFF HOLDING CO. S.A.; and GRESHAM WORLD SHIPPING INC.

PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should also be served on Freehill, Hogan & Mahar LLP at the address indicated below, as counsel for Defendant.

Dated: New York, New York
August 13, 2008

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Defendants

                By: _____
                        Michael E. Unger (MU 0045)
                        80 Pine Street
                        New York, NY 10005
                        Tel: (212) 425-1900 / (212) 425-1901 fax

cc:    BROWN GAVALAS & FROMM LLP
       Counsel for Plaintiffs
       355 Lexington Avenue
       New York, New York 10017
       Tel: (212) 983-8500
       Fax: (212) 983-5946
       Peter Skoufalos (PS-0105)