BROWN GAVALAS & FROMM LLP
Counsel for Plaintiffs
SAMANTHA INTERNATIONAL CORP. and
PETALON SHIPPING CO. LTD.
New York, New York 10017
355 Lexington Avenue
Fax: (212) 983-5946
Tel: (212) 983-8500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMANTHA INTERNATIONAL CORP. and
PETALON SHIPPING CO. LTD.,

                Plaintiffs,

   -against-

INTERNATIONAL OIL OVERSEAS INC.;
BAKRI TRADING CO. INC.; MARINA WORLD
SHIPPING CORP.; TARAZONA SHIPPING CO.,
S.A.; SCHIFF HOLDING CO. S.A.; and
GRESHAM WORLD SHIPPING INC.,

                Defendants.
-----------------------------------------------------------X

08 Civ. 6595 (DLC)

**STIPULATION AND ORDER
FOR RELEASE OF FUNDS
AND DISMISSAL OF ACTION**

**WHEREAS** Plaintiffs Samantha International Corp. and Petalon Shipping Co. Ltd. ("Plaintiffs") and Defendants International Oil Overseas Inc., Bakri Trading Co. Inc., Marina World Shipping Corp., Tarazona Shipping Co., S.A., Schiff Holding Co. S.A., and Gresham World Shipping Inc. ("Defendants") hereby stipulate that this action should be dismissed without prejudice and without costs to either party; and

**WHEREAS** Plaintiffs and Defendants agree that funds in the amount of $139,590.00 restrained by garnishee banks JP Morgan Chase and Citibank in the Southern District of New York pursuant to this Court's Ex Parte Order for issuance of Process of Maritime Attachment

and Garnishment, dated July 25, 2008, should be released immediately pursuant to written instructions to be furnished to each garnishee bank; and

**WHEREAS** Plaintiffs and Defendants agree that any and all other funds restrained within this District at any other garnishee(s) shall be released pursuant to written instructions to be furnished to each garnishee bank; and

**WHEREAS** Plaintiffs and Defendants agree that Defendants' payment of the sum of $232,270.70 into an escrow account to be opened at the Royal Bank of Scotland pursuant to an Escrow Agreement between the parties shall extinguish any rights of Plaintiffs collectively and/or individually to seek security for the claims giving rise to this action, and the Disputed Claims as defined in the Escrow Agreement, by any means whatsoever; and

**WHEREAS** this Court's Ex Parte Order for Issuance of Process of Maritime Attachment and Garnishment should be vacated forthwith.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that $139,590.00 of Defendants' funds restrained within this District at garnishee banks JP Morgan Chase and Citibank shall forthwith be released pursuant to written instructions to be furnished to each garnishee bank.

**IT IS FURTHER ORDERED** that any other funds restrained within this District by any other garnishee(s) shall be released pursuant to written instructions to be furnished to each garnishee.

**IT IS FURTHER ORDERED** that the Ex Parte Order for issuance of Process of Maritime Attachment and Garnishment is hereby vacated.

2

**IT IS FURTHER ORDERED** that this action shall be and hereby is dismissed without prejudice and without costs as to either party. *The Clerk of Court shall close the case.*

Dated: New York, New York
August 13, 2008

BROWN GAVALAS & FROMM LLP
Counsel for Plaintiffs
SAMANTHA INTERNATIONAL CORP. and
PETALON SHIPPING CO. LTD.,

_____
Peter Skoufalos (PS-0105)
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

FREEHILL HOGAN & MAHAR LLP
Counsel for Defendants
INTERNATIONAL OIL OVERSEAS INC.;
BAKRI TRADING CO. INC.; MARINA
WORLD SHIPPING CORP.; TARAZONA
SHIPPING CO., S.A.; SCHIFF HOLDING
CO. S.A.; and GRESHAM WORLD
SHIPPING INC.,

_____
Michael E. Unger (MU-0045)
80 Pine Street
New York, New York 10005
Tel: 212-425-1900
Fax: 212-425-1901

SO ORDERED:

_____
Denise L. Cote, U.S.D.J.

August 15, 2008

3